**DISMISS and Opinion Filed October 24, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00392-CV

## TEXAS CORRAL, LLC, Appellant
## V.
## OAKDENE & SIXTH REALTY CO., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03868**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Garcia

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellant's brief to be filed by July 29, 2022. On August 31, 2022, we notified appellant the time for filing its brief had expired and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). By order dated September 8, 2022, we granted appellant's second motion to extend time to file its brief and ordered the brief filed by September 28, 2022. To date, appellant has not filed its brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tᴇx. R. Aᴘᴘ. P. 38.8 (a)(1); 42.3(b), (c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220392F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS CORRAL, LLC, Appellant

No. 05-22-00392-CV      V.

OAKDENE & SIXTH REALTY
CO., Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-03868.
Opinion delivered by Justice Garcia.
Justices Myers and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee OAKDENE & SIXTH REALTY CO. recover
its costs of this appeal from appellant TEXAS CORRAL, LLC.

Judgment entered October 24, 2022